UNITED STATES of America,
Plaintiff–Appellee,

v.

Samuel Lewis BAKER, Jr.,
Defendant–Appellant.

No. 10–7156.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 28, 2011.

Decided: March 21, 2011.

Samuel Lewis Baker, Jr., Appellant Pro Se. Joseph W.H. Mott, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Lewis Baker, Jr., appeals the district court's order denying his self-styled "Motion for Case Review and Reconsideration," which the district court construed as a motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Baker*, No. 5:04–cr–30073–sgw–1 (W.D.Va. Aug. 13, 2010). We deny Baker's motion for court records and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*